# EXHIBIT A



September 18, 2018

<u>VIA U.S. MAIL</u>

Daniel P Ruggero
1106 Woodflower Way
Clermont, FL 34714

    **Creditor: Woodridge Master Association, Inc.**
    **1106 Woodflower Way  Clermont, FL 34714**
    Axiom Resources File No: 14-7179-157

Dear Sir or Madam:

The purpose of this letter is to inform you that Woodridge Master Association, Inc. (the "Association") has granted the right to collect your delinquent assessments on the above-referenced account to Axiom Resources. Your current outstanding balance is $579.71.

Please be advised that Axiom Resources is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify Axiom Resources within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, Axiom Resources will assume the debt is valid. If you notify Axiom Resources in writing within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, Axiom Resources will obtain verification of the debt or a copy of a judgment and mail the same to you. If you request, in writing, within thirty (30) days after receiving this notice, Axiom Resources will provide you with the name and address of the original creditor, if different from the current creditor.

Effective immediately, all future payments due to the Association must be sent to **Axiom Resources** at the following address:



$121.00 a year Due

**PAYMENT ADDRESS:**
**Axiom Resources**
**P.O. Box 2457**
**Oldsmar, FL 34677**
1-888-925-0688
**Please see second page**