# EXHIBIT B

# Case Balance Print

**Name:** Daniel P Ruggero  
**Case #:**  
**File #:** 14-7179-157  
**Account #:**

**Property Address:** 1106 Woodflower Way Clermont, FL 34714  
**Lot:**                                 **County:** Lake  
**Mailing Address:** 7553 NW 50th Street Miami, FL 33166  
**Lot:**                                 **County:**

**Status:** Active    Created on 09/17/2018      **Balance:** $581.53      **Sub Type:**  
**Mgmt Co:** G&P Management                         **Assoc:** Woodridge Master Association, Inc.  
**Disposition:**      **Account Type:** HOA      **Status:** Active

| Date | Type | Code | Ref. # | Description | Charges | Payments | Balance | By |
|---|---|---|---|---|---|---|---|---|
| 09/17/2018 | Charge | ASSM | | Assessment Fees | $121.00 | $0.00 | $121.00 | CL |
| 09/17/2018 | Charge | INTR | | Interest Charges | $12.71 | $0.00 | $133.71 | CL |
| 09/17/2018 | Charge | OTHR | | Assoc Collection Fees | $15.00 | $0.00 | $148.71 | CL |
| 09/17/2018 | Charge | OTHR | | Stop Coupon Fee | $7.00 | $0.00 | $155.71 | CL |
| 09/17/2018 | Charge | LEG3 | | Legal Admin Fee | $140.00 | $0.00 | $295.71 | CL |
| 09/18/2018 | Charge | LTR | | Letter Fee | $4.00 | $0.00 | $299.71 | JC |
| 09/18/2018 | Charge | ACR | | Phase 1 Collections | $280.00 | $0.00 | $579.71 | JC |
| 09/30/2018 | Charge | INTR | | Interest | $1.82 | $0.00 | $581.53 | IMP |
| | | | | | $581.53 | $0.00 | $581.53 | |